UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 25,<br><br>        Defendants. | NO. 2:20-cv-116 WBS KJN<br><br><br>ORDER RELATING CASES |
| BYRON PAIZS,<br><br>        Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 25,<br><br>       Defendants. | NO. 2:20-cv-325 KJM EFB |

----oo0oo----

        Examination of the above-entitled actions reveals that

1

they are related within the meaning of Local Rule 123(a), because both involve claims for property damage resulting from the same motor vehicle fire that occurred on November 13, 2016. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated American Fire & Casualty Co. v. Ford Motor Co., Case No. 2:20-cv-116 WBS KJN, and Paizs v. Ford Motor Co., Case No. 2:20-cv-325 KJM EFB, be, and the same hereby are, deemed related. The case denominated Paizs v. Ford Motor Co., Case No. 2:20-cv-325 KJM EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Paizs v. Ford Motor Co., 20-cv-325 WBS KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: February 13, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE