H. Grant Law (SBN 144505)
hlaw@shb.com
Samantha K.N. Burnett (SBN 320262)
sburnett@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>             Plaintiff,<br><br>      vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>             Defendant. | Case No. 2:20-cv-00116-WBS-KJN<br><br>**STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES AND INITIAL SCHEUDLING CONFERENCE** |
| BYRON PAIZS,<br><br>             Plaintiff,<br><br>      vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>             Defendant. | Case No. 2:20-cv-00325-WBS-KJN |

Plaintiffs American Fire & Casualty Company and Byron Paizs (collectively, the "Plaintiffs"), and Defendant Ford Motor Company ("Ford") (the Plaintiffs and Ford are herein collectively referred to as the "Parties"), hereby stipulate as follows pursuant to Fed. R. Civ. P. 42(a):

WHEREAS, the case captioned *American Fire & Casualty Company v. Ford Motor Company, et al.*, No. 2:20-cv-00116-WBS-KJN ("*American Fire* Action"), was removed to the United States District Court, Eastern District of California, on January 15, 2020;

1   WHEREAS, the case captioned, *Byron Paizs v. Ford Motor Company, et al.*, Case No. 2:20-cv-00325-WBS-KJN ("*Paizs* Action"), was removed to the United States District Court, Eastern District of California, on February 12, 2020;

2   WHEREAS, on February 12, 2020, Ford filed a Notice of Related Case in the *American Fire* Action and *Paizs* Actions (*American Fire* Action Dkt. No. 13, *Paizs* Action Dkt. No. 5);

3   WHEREAS, on February 14, 2020, the Court issued an Order Relating the *American Fire* and *Paizs* Actions (*American Fire* Action Dkt. No. 14, *Paizs* Action Dkt. No. 8);

4   WHEREAS, Counsel for the Parties have conferred and are in agreement that the *American Fire* Action and the *Paizs* Action should be consolidated for purposes of fact discovery, expert discovery, and dispositive motion practice, pursuant to Federal Rule of Civil Procedure 42(a);

5   WHEREAS, the Parties request that they confer with the Court prior to trial to determine whether the *American Fire* and *Paizs* Actions should be tried together or separately;

6   WHEREAS, the two cases are appropriate for consolidation under Rule 42(a) since they involve common questions of law and fact concerning claims for property damage as a result of a motor vehicle fire that occurred on November 10, 2016, involving a 2002 F-150 (VIN 1FTRW07342KC96007);

7   WHEREAS, consolidation of the two cases would advance the interests of judicial economy by eliminating the need for the Court to oversee multiple cases that will ultimately present substantially similar factual and legal determinations;

8   WHEREAS, counsel for Plaintiffs have met and conferred and have agreed to work together on behalf of Plaintiffs;

9   WHEREAS, the *American Fire* and *Paizs* actions are currently set for separate initial scheduling conferences before this Court on May 11, 2020, and June 8, 2020, respectively; and

10   WHEREAS, the Parties agree that the scheduling conferences described above should be combined to take place on June 8, 2020.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their respective counsel of record that:

1. Pursuant to Fed. R. Civ. P. 42(a), the *American Fire* and *Paizs* Actions should hereby be consolidated for purposes of fact discovery, expert discovery, and dispositive motion practice.

2. The consolidated *American Fire* and *Paizs* Actions shall herein be collectively referred to as the "Consolidated Action." The Master Docket and Master File for the Consolidated Action shall be Civil Action No. 2:20-cv-00116-WBS-KJN, and the Consolidated Action shall bear the caption *American Fire & Casualty, et al. v. Ford Motor Company, et al*.

3. All orders, pleadings, motions, and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable.

4. That the Scheduling Conference currently set for May 11, 2020, in the *American Fire* Action should be vacated and set to take place on June 8, 2020, in conjunction with the Scheduling Conference currently set in the *Paizs* Action.

5. That the Parties shall proceed to conduct the required meet and confer as ordered by this Court and pursuant to Fed. R. Civ. P. 26 for both the *American Fire* and *Paizs* Actions in conjunction with one another, and will submit one Joint Status Report and serve one set of Initial Disclosures.

IT IS SO STIPULATED.

Dated: April 14, 2020               SHOOK, HARDY & BACON L.L.P.

                                    By: */s/ Samantha Burnett*_____
                                        H. GRANT LAW
                                        SAMANTHA K.N. BURNETT

                                        Attorneys for Defendant
                                        FORD MOTOR COMPANY


Dated: March 24, 2020               GROTEFELD HOFFMAN, LLP

                                    By: */s/ David Kestenbaum (as authorized on March 24, 2020*)
                                        MAURA WALSH OCHOA
                                        DAVID KESTENBAUM

3
STIPULATION TO CONSOLIDATE RELATED CASES AND SET BRIEFING SCHEDULE
CASE NOS. 2:20-CV-00116-WBS-KJN AND 2:20-CV-00325-WBS-KJN

|   |   |
|---|---|
|   | Attorneys for Plaintiff<br>AMERICAN FIRE & CASUALTY COMPANY |
| Dated: April 13, 2020 | LAW OFFICE OF VITTORIA BOSSI |
|   | By: <u>*/s/ Vittoria Bossi (as authorized on April 13, 2020*</u>)<br>VITTORIA BOSSI<br><br>Attorney for Plaintiff<br>BYRON PAIZS |

## **ORDER**

The above Stipulation, having been considered and for good cause appearing therefore, **IT IS SO ORDERED**.

Dated: April 14, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE