1  H. Grant Law (SBN 144505)
hlaw@shb.com
2  Samantha K.N. Burnett (SBN 320262)
sburnett@shb.com
3  SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
4  San Francisco, California 94104
Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
FORD MOTOR COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  AMERICAN FIRE & CASUALTY COMPANY, | Case No. 2:20-cv-00116-WBS-KJN |
| 11 | |
| 12          Plaintiff, | **[** |
| | **ORDER GRANTING JOINT REQUEST** |
| 13      vs. | **TO CONTINUE INITIAL SCHEDULING** |
| | **CONFERENCE AND RELATED** |
| 14  FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25, | **DEADLINES** |
| 15          Defendant. | |
| 16  BYRON PAIZS, | Case No. 2:20-cv-00325-WBS-KJN |
| 17          Plaintiff, | |
| 18      vs. | |
| 19  FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25, | |
| 20          Defendant. | |

21

22      The Court, having reviewed the parties' Joint Request to Continue Initial Scheduling

23  Conference and Related Deadlines and good cause appearing, orders a 90-day continuance of all

24  deadlines, including the scheduling conferences set for May 11, 2020, and June 8, 2020 and the

25  Local Rule 240 and Fed. R. Civ. Proc. 26(a) and (f) requirements triggered by those dates.

26      These cases have been consolidated for purposes of fact discovery, expert discovery, and

27  dispositive motion practice. The parties shall, therefore, appear for a joint Initial Scheduling

28

[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE
AND RELATED DEADLINES
CASE NOS. 2:20-CV-00116-WBS-KJN AND 2:20-CV-00325-WBS-KJN

1   Conference on **<u>September 28, 2020 at 1:30 p.m.</u>**  A joint status report shall be filed no later than

2   September 14, 2020.  The June 8, 2020 scheduling conference is vacated.

3         **IT IS SO ORDERED.**

4   Dated:  April 15, 2020

5

    WILLIAM B. SHUBB

6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                    2
28   [PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE
                                       AND RELATED DEADLINES
                     CASE NOS. 2:20-CV-00116-WBS-KJN AND 2:20-CV-00325-WBS-KJN