H. Grant Law (SBN 144505)
hlaw@shb.com
Samantha K.N. Burnett (SBN 320262)
sburnett@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00116-WBS-KJN<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| BYRON PAIZS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 25,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00325-WBS-KJN |

**ORDER**

Having considered Defendant Ford Motor Company's *Ex Parte* Application for Order Continuing the September 28, 2020 Initial Scheduling Conference, and good cause appearing, Ford's *Ex Parte* Application is hereby GRANTED. The parties shall, therefore, appear for a joint Initial Scheduling Conference on October 26, 2020. A Joint Status Report shall be filed no later than October 12, 2020.

**IT IS SO ORDERED.**

Dated:  July 30, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE