Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
David Kestenbaum (SBN 253749)
dkestenbaum@ghlaw-llp.com
GROTEFELD HOFFMANN LLP
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: (415) 344-9670
Facsimile: (415) 989-2802

Attorneys for Plaintiff
AMERICAN FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY a/s/o WILEY CHANDLER, <br><br> Plaintiff, <br> v. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 to 25, inclusive, <br> Defendants. <br><br> BYRON PAIZS, <br><br> Plaintiff, <br> v. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 to 25, inclusive, <br> Defendants. | Case No. **2:20-CV-00116-WBS-KJN** <br><br> **ORDER RE MODIFICATION OF PRE-TRIAL SCHEDULING ORDER** <br><br> Action Filed: November 8, 2019 <br> Trial Date: July 26, 2022 <br><br> Case No. **2:20-CV-00325-WBS-KJN** |

# ORDER

Based on the stipulation of the parties and good cause appearing, the Pre-trial Scheduling order of October 28, 2020 is modified as follows:

| | |
|---|---|
| Fact Discovery to be completed by: | October 8, 2021 |
| Plaintiff's Expert Witness Disclosures by: | November 19, 2021 |
| Defense Expert Witness Disclosures by: | January 7, 2022 |
| Expert Discovery to be completed by: | March 11, 2022 |
| Dispositive motions to be filed by: | April 8, 2022 |
| Final Pre-Trial Conference: | June 20, 2022 at 1:30 p.m. |
| Jury Trial (5 days): | August 23, 2022 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: May 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE