Maura Walsh Ochoa (SBN 193799)
mochoa@ghlaw-llp.com
David Kestenbaum (SBN 253749)
dkestenbaum@ghlaw-llp.com
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: 415.344.9670
Facsimile: 415.989.2802

Attorneys for Plaintiff
AMERICAN FIRE & CASUALTY COMPANY

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY COMPANY a/s/o Wiley Chandler,<br><br>   Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY a Delaware Corporation and DOES 1 through 25, Inclusive,<br><br>   Defendants. | Case No.: 2:20-cv-00116-WBS-KJN<br><br>**PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES**<br><br>Action Filed: November 8, 2019<br>Trial Date:     January 10, 2023 |
| BEATRICE DAILY, EXECUTRIX OF THE ESTATE OF BYRON PAIZS, DECEASED,<br><br>   Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY a Delaware Corporation and DOES 1 through 25, Inclusive,<br><br>   Defendants. | Case No.: 2:20-CV-00325-WBS-KJN |

Plaintiff American Fire & Casualty Company, Plaintiff Beatrice Daily, Executrix of the Estate of Byron Paizs, deceased, and Defendant Ford Motor Company jointly submit the following stipulation and proposed order seeking to extend the discovery deadlines provided in

1

1  the Court's Order dated January 4, 2022 re Modification of Pretrial Scheduling order (Docket
2  No. 32).
3        On January 4, 2022, the Court set the following dates to govern pre-trial discovery and
4  other related deadlines, including the trial date, for these cases:
5        Fact Discovery to be completed by: March 25, 2022
6        Plaintiff's Expert Witness Disclosures by: May 6, 2022
7        Defense Expert Witness Disclosures by: June 17, 2022
8        Expert Discovery to be completed by: July 29, 2022
9        Dispositive motions to be filed by: September 9, 2022
10       Final pre-trial conference: November 21, 2022
11       Trial (5 day jury): January 10, 2023
12       The parties have met and conferred and agree that a continuance of pre-trial dates, as well
13 as the trial date, is necessary in light of several factors, including the volume of discovery to be
14 still be completed including document production and review, third-party witness depositions,
15 and difficulties encountered due to COVID-19.
16       Therefore, the parties propose that the current Pre-trial Scheduling Order be modified to
17 continue the following fact and expert discovery deadlines as follows:
18       Fact Discovery to be completed by: May 27, 2022
19       Plaintiff's Expert Witness Disclosures by: July 8, 2022
20       Defense Expert Witness Disclosures by: August 19, 2022
21       Expert Discovery to be completed by: September 30, 2022
22       Dispositive motions to be filed by: November 18, 2022
23       Final pre-trial conference: February 13, 2023
24       Trial (5 day jury): March 27, 2023
25
26 ///
27 ///
28 ///

1   ///

2   IT IS SO STIPULATED.

3

4   Dated:  February 25, 2022			GROTEFELD HOFFMANN LLP

5

6						By: /s/ David K. Kestenbaum
						David Kestenbaum
7						Attorneys for Plaintiff AMERICAN FIRE &
						CASUALTY
8

9
    Dated:  February 25, 2022			LAW OFFICES OF LAWRENCE M. KNAPP
10

11
						By:  /s/ Catherine Knapp
12						Catherine Knapp
						Attorneys for Plaintiff
13						BEATRICE DAILY, EXECUTRIX OF
14						THE ESTATE OF BYRON PAIZS,
						DECEASED
15

16
    Dated:  February 25, 2022			MCDONALD TOOLE WIGGINS, P.C.
17

18
						By:  /s/ Scott A. Richman
19						Scott A. Richman (admitted pro hac vice)
						Attorneys for Defendant FORD MOTOR
20						CO.

21

22
    Dated: February 25, 2022			SHOOK, HARDY & BACON LLP
23

24
						By: /s/ Samantha Burnett
25						Samantha Burnett
						Attorneys for Defendant FORD MOTOR
26						CO.

27

28

PARTIES' STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY DATES

# ORDER

Based on the stipulation of the parties and good cause appearing, the Order re Modifications of Pretrial Scheduling order is modified as follows:

Fact Discovery to be completed by: May 27, 2022

Plaintiff's Expert Witness Disclosures by: July 8, 2022

Defense Expert Witness Disclosures by: August 19, 2022

Expert Discovery to be completed by: September 30, 2022

Dispositive motions to be filed by: November 18, 2022

Final pre-trial conference: **February 13, 2023, 1:30 p.m.**

Jury Trial (5 day jury): **April 4, 2023, 9:00 a.m.**

**IT IS SO ORDERD.**

Dated: February 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE